Per Curiam.

Universal Vending Service Company, appellee, v. Antonio Iacullo, also known as Tony Iacullo, appellant. Gen. No. 28,588.

Consolidated with No. 28,578 ante. Appeal from the Municipal

Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.